# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT J. HALEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 02-CV-81-MJR |
| ) | |
| CHARLES R. GILKEY, ) | |
| ) | |
| Respondent. ) | |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is Robert J. Haley's § 2241 petition for a writ of habeas corpus (Doc. No. 1) Haley, an inmate at FCI-Greenville, claims that the Bureau of Prisons (BOP) miscalculated the commencement date of one of his federal sentences. Specifically, he claims that the 10-month sentence imposed in the Central District of Illinois after his supervised release was revoked started running on September 27, 2001. He seeks an order directing the respondent, the warden at FCI-Greenville, to recalculate his release date. Respondent maintains that the Bureau of Prisons accurately calculated Haley's federal sentences.[1]

The Attorney General, through the Bureau of Prisons, computes prison sentences after taking custody of a federal prisoner. The calculation is subject to judicial review once the prisoner has exhausted available remedies. *United States v. Wilson*, 503 U.S 329, 334 (1992). Because Haley's efforts to obtain administrative relief were unsuccessful, his claim is ripe for habeas review

---

[1] On May 28, 2002, Haley filed an "Addendum" adding one day to his request for relief (Doc No 10). Although this document does not bear a certificate of service, leave to amend is allowed in order to reflect this minor alteration.

Haley was originally sentenced in this District. On July 26, 1991, Judge Stiehl ordered Haley to serve consecutive terms of 151 months and 18 months in Case Nos. 00-30089-001 and 00-30090-001. Those terms were later revised. Haley spent approximately nine years in BOP custody and was released under supervision on July 10, 2000.

On April 5, 2001, Haley was sentenced for a new federal offense in the U.S. District Court for the Eastern District of Michigan. Judge Steeh ordered Haley to serve 24 months in prison in Case No. 00-80792-01 and remanded him to the custody of the U.S. Marshal. Haley arrived at FCI-Greenville on June 4, 2001.

On August 22, 2001, Haley was released on a writ of habeas corpus ad prosequendum. He appeared before Judge Scott in the Central District of Illinois on September 14, 2001. Judge Scott accepted jurisdiction in the Illinois cases, revoked Haley's supervised release, and imposed two 10-month terms of imprisonment. Judge Scott ordered that these terms would run concurrently with each other and consecutively to the federal sentence Haley had received in Michigan. Haley was remanded to the custody of the United States Marshal for service of the Illinois sentence. The U.S. Marshal returned Haley to FCI-Greeville on September 27, 2001. Respondent received Judge Scott's commitment order on September 29, 2001.

The BOP has calculated Haley's consecutive federal sentences in this manner. Because the sentences were based on different sentencing procedures, the terms were calculated separately. The sentence imposed in Michigan (24-months) started running on the date it was imposed - April 5, 2001. That sentence is expected to end on July 28, 2002. The BOP projects that the consecutive Illinois sentence (10-months) will start running on July 28, 2002, and end on May 27, 2003.

Haley believes that he was committed to the BOP for service of the Illinois sentence on September 27, 2001, and that he is entitled to be released from BOP custody on July 28, 2002. He

refers to BOP records describing the Illinois sentence as a "current commitment" and identifying September 27, 2001, as the date he was committed

Title 18 U.S.C. § 3585(a) provides that a federal sentence commences when the defendant is received for transportation to or arrives at "the official detention facility at which the sentence is to be served." Clearly, the BOP did not receive Haley for service of the Illinois sentence on September 27, 2001 Respondent did not even receive Judge Scott's commitment order until September 29, 2001. Moreover, Haley did not arrive at FCI-Greenville on September 27, 2001, in order to serve the Illinois sentence. He arrived because he was serving his Michigan sentence at that facility. The BOP logically determined that Haley's consecutive Illinois sentence will start running after the Michigan sentence has been served.

The record does not demonstrate that the BOP miscalculated the date that the federal sentence Haley received in the Central District of Illinois commenced. Accordingly, IT IS RECOMMENDED that Haley's § 2241 petition for a writ of habeas corpus (Doc. No. 1) be DENIED and that this action be DISMISSED with prejudice.

SUBMITTED: 7/12/02 .

**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev 8/82)

# NOTICE

PURSUANT to Title 28 U.S.C. §636(b) and Rule 73.1(b) of the Local Rules of Practice in the United States District Court for the Southern District of Illinois, any party may serve and file written OBJECTIONS to this Report and Recommendation/Proposed Findings of Fact and Conclusions of Law within ten days of service.

**Please note: You are not to file an appeal as to the Report and Recommendation/Proposed Findings of Fact and Conclusions of Law.** At this point, it is appropriate to file **OBJECTIONS**, if any, to the Report and Recommendation/Proposed Findings of Fact and Conclusions of Law. An appeal is inappropriate until after the District Judge issues an Order either affirming or reversing the Report and Recommendation/Proposed Findings of Fact and Conclusions of Law of the U.S. Magistrate Judge.

Failure to file such OBJECTIONS shall result in a waiver of the right to appeal all issues, both factual and legal, which are addressed in the the Report and Recommendation/Proposed Findings of Fact and Conclusions of Law. *Video Views, Inc. v Studio 21, Ltd. and Joseph Sclafani,* 797 F.2d 538 (7th Cir. 1986).

**You should mail your OBJECTIONS to the Clerk, U.S. District Court at the address indicated below:**

☐ 301 West Main St.
   Benton IL 62812

☑ 750 Missouri Ave.
   P.O. Box 249
   East St. Louis, IL 62202

Revised 9/29/99